1  DAVID R. ONGARO, State Bar No. 154698
   dongaro@perkinscoie.com
2  DAVID R. BURTT, State Bar No. 201220
   dburtt@perkinscoie.com
3  JONMI N. KOO, State Bar No. 233136
   jkoo@perkinscoie.com
4  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
5  San Francisco, CA 94111-4131
   Telephone: (415) 344-7000
6  Facsimile: (415) 344-7050

7  Attorneys for Defendant
   STARBUCKS CORPORATION

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHITNEY BECK,

    Plaintiff,

    v.

STARBUCKS CORPORATION, a Washington corporation; CHRISTINA CARROLL, an individual; and DOES 1 through 20, inclusive,

    Defendants.

Case No. CV 08 2930 MEJ

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

(N.D. Cal. Local Rule 3-16)

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interst to report.

DATED: June 12, 2008

**PERKINS COIE LLP**

By: _____
Jonmi N. Koo

Attorneys for Defendant
STARBUCKS CORPORATION

18177-0198/LEGAL14372844.1