# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Beck, <br><br> Plaintiff(s), <br><br> v. <br><br> Starbucks Corporation, <br><br> Defendant(s). | 08-02930 MEJ <br><br> **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-02930 MEJ                                      -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: September 4, 2008

                    RICHARD W. WIEKING
                    Clerk
                    by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**
08-02930 MEJ                         -2-

**PROOF OF SERVICE**

Case Name:      Beck v. Starbucks Corporation

Case Number:    08-02930 MEJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Robert Charles Hubbs
> Kneisler, Schondel & Hubbs
> P.O. Box 5767
> 538 Mendocino Ave.
> Santa Rosa, CA 95401
> rchesq@injuredworkerlaw.com
>
> E. Denise Schissler
> Kneisler, Schondel & Hubbs
> 538 Mendocino Avenue
> P.O. Box 5767
> Santa Rosa, CA 95402-5767
>
> Jonmi Nai On Koo
> Perkins Coie
> 4 Embarcadero, Suite 2400
> San Francisco
> San Francisco, CA 94107
> jkoo@perkinscoie.com
>
> David Raymond Ongaro

      Rao Ongaro Burtt & Tiliakos LLP
      22 Battery Street
      10th Floor
      San Francisco, CA 94111
      dongaro@rao-ongaro.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

                                            RICHARD W. WIEKING
                                            Clerk
                                            by:    Lisa M. Salvetti

                                            _____
                                            ADR Administrative Assistant
                                            415-522-2032
                                            lisa_salvetti@cand.uscourts.gov